# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Robert L Crowder Jr, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00773-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Randall Hoose | ) | |
| Melissa Rivenbark | ) | |
| Chip Pennell | ) | |
| Pat McCory | ) | |
| Pamela Best | ) | |
| Gabriel Waller | ) | |
| Bud Jennings | ) | |
| Florence Wilkins | ) | |
| Elisa Chinn-Gary, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 18, 2016 Order.

Signed: November 21, 2016

Frank G. Johns, Clerk
United States District Court